In the Matter of ADOLPH G. GESTERLE.— Application denied. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THOMAS N. JONES, Appellant, v. JOHN A. DONALD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HYMAN PESKIN, Respondent, v. ALTORIA REALTY AND CONSTRUCTION COMPANY, Appellant, Impleaded with THE CITY OF NEW YORK and Others. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

GEORGE J. BERMAN, as Administrator, etc., Respondent, v. THE UNITED ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $704; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Shearn, J., dissented.

ALBERT J. HIRT, Appellant, v. FRANCIS RUDOLPH MAYER and JOHN H. CARPENTER, Copartners, Doing Business under the Firm Name and Style of MAYER & CARPENTER, Respondents.— Determination reversed, with costs, and judgment of City Court affirmed, with costs, on *Leifer* v. *Scheinman* (179 App. Div. 665). Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

SAMUEL C. DALRYMPLE, Appellant, v. MOSES SCHWARTZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of the Application for the Judicial Settlement of the Account of Proceedings of WILLIAM M. HOES, Public Administrator of the County of New York, and Administrator, etc., of EDWARD BREWIS, Deceased, Appellant, etc. EDWARD WARWICK BONNER BREWIS, as Executor, etc., Respondent.— Decree affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOHN P. KIRWAN, Appellant, v. JOHN P. WINDOLPH, Respondent.— Order affirmed, with costs, No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Clarke, P. J., and Dowling, J., dissented.

WILLIAM H. LUCAS, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PETER KRELLENSTEIN, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MARTIN F. HUBERTH, Respondent, v. JAMES C. GREEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.